Diane S. Sykes, OSB No. 980990
diane@dianessykeslaw.com
**Diane S. Sykes,**
**Attorney at Law, P.C.**
5911 SE 43rd Avenue
Portland, Oregon 97206
Telephone: 503-504-7176

Of Attorneys for Plaintiff

**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1120

Of Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| **NATALIE ERICKSON,** | Case No. 3:15-cv-1672-BR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY** |
| **ROBERT A. MCDONALD, SECRETARY, U.S. DEPARTMENT OF VETERANS' AFFAIRS,** | |
| Defendant. | |

Pursuant to F.R.C.P. 41(a)(1)(ii), Plaintiff Natalie Erickson and Defendant U.S.

Department of Veterans' Affairs, by and through their undersigned attorneys, hereby notify this

Page 1    **NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY**

Court that this action has been settled and stipulate to a judgment of dismissal of this case and all

claims, with prejudice, and without attorney fees, costs or disbursements to any party.

Respectfully submitted on this ___6___ day of April, 2016.

**DIANE S. SYKES, ATTORNEY AT LAW, P.C.**

By:     _s/Diane S. Sykes_____
        Diane S. Sykes, OSB 980990
        Of Attorneys for Plaintiff

**UNITED STATES ATTORNEY'S OFFICE**

By:     _s/Jared Hager_____
        Jared Hager, WSB #38961
        Assistant U.S. Attorney
        Of Attorneys for Defendant

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH
PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY**

**CERTIFICATE OF SERVICE**

I hereby certify that counsel for plaintiff Natalie Erickson served the foregoing **NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS TO ANY PARTY** on the following:

Jared Hagar, Assistant U.S. Attorney
U.S. Attorney's Office
1000 SW 3rd Avenue, Suite 600
Portland, Oregon 97204

By mailing in a sealed envelope with postage prepaid thereon, at the above addresses, and deposited with the United States Postal Service at Portland, Oregon, and by e-mail, as set forth above, on the date below.

Dated this _6th_ day of April, 2016.

Diane S. Sykes, Attorney at Law, P.C.
Of Attorneys for Plaintiff Natalie Erickson

Page 1- **CERTIFICATE OF SERVICE**